# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

ANDRE KELLY,

Plaintiff,

v.                                                    Case No.: 1:22-cv-00334-JPB

ENFORCERS PROTECTIVE
SERVICE LLC and LANAR
BRISCOE,

Defendants.
_____/

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, ANDRE KELLY, by and through his undersigned counsel, pursuant to Rule 41(a)(1), of the Federal Rules of Civil Procedure, files this Notice of Voluntary Dismissal of the above-styled cause.

Respectfully submitted this 26th day of July, 2022.

> */s/Mitchell Feldman*
> Mitchell Feldman, Esq.
> GA Bar: 25779
> **Feldman Legal Group**
> 6916 W. Linebaugh Ave #101
> Tampa, FL 33625
> mfeldman@flandgatrialattorneys.com
> tel 813 639-9366, fax: 813 639-9376
> *Attorney for Plaintiff*

1

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFIFY** that I electronically filed the foregoing on July 26, 2022, with the Clerk of Court by using the CM/ECF system. Parties may also obtain directly from the CM/ECF system.

*/s/Mitchell Feldman, Esq.*
**Mitchell L. Feldman, Esquire**
Georgia Bar No.: 257791
